**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RAFAEL CARON** | **CIVIL ACTION** |
| **VERSUS** | **No. 26-198-SDD-RLB** |
| **BRIAN PATTERSON, ET AL.** | |
| *and* | |
| **RAFAEL ESTEVEZ CARON** | |
| **VERSUS** | **CIVIL ACTION** |
| **K. JORDON, ET AL.** | **No. 26-200-SDD-RLB** |

## ORDER

These two habeas petitions were filed by *pro se* Petitioner Rafael Estevez Caron, who seeks release from immigration detention at the Louisiana State Penitentiary ("LSP"). The Court received two petitions from Caron on the same day: the first captioned Caron v. Patterson (No. 26-cv-198-SDD-RLB) and a second, captioned Caron v. Jordan (No. 26-cv-200-SDD-RLB). The Court will combine the two cases to be litigated together.

Because the above titled actions involve common questions of law and fact, and further that judicial efficiency will be achieved;

**IT IS ORDERED** that Civil Action 26-200-SDD-RLB is hereby **consolidated** with Civil Action 26-198-SDD-RLB for all further proceedings.

Signed in Baton Rouge, Louisiana, on April 1, 2026.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**